**STATE of Missouri,**
**Plaintiff-Respondent,**

v.

**Gary Allen SUMMERS,**
**Defendant-Appellant.**

**No. 52413.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 11, 1987.

Richard J. Fredrick, Paris, for defendant-appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty Gen., Jefferson City, for plaintiff-respondent.

### ORDER

Defendant was convicted of three counts of stealing $150 or more by deceit and sentenced to consecutive terms of three, one, and three years' imprisonment and fined $15,000. He appeals; we affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their

information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).